UNITED STATES DISTRICT COURT
for the
District of Oregon

Arturo Villegas Rubi

              Plaintiff(s)                                                                Case No.  3:17-cv-1531

v.

Dynamic Change, Inc., et.al.

                                                                               AFFIDAVIT OF SERVICE

              Defendant(s)

State of Oregon              )
                                     )    ss.
County of Multnomah    )

I, Steven H. Jensen, certify that I served a **Summons, Complaint, and Civil Case Assignment Order** in this action by delivering or leaving the documents as follows:

**Service upon Dynamic Change, Inc.** by leaving documents with Judy Bealer of the office of Trevor Leske, who is the Owner thereof; at 1316 SE Single Tree Drive, Vancouver, WA; on 11/28/2017, at 11:00 AM o'clock.

I FURTHER CERTIFY AND SWEAR THAT I AM A COMPETENT PERSON OVER 18 YEARS OF AGE, A RESIDENT OF THE STATE OF OREGON, AND THAT I AM NOT A PARTY TO NOR AN OFFICER, DIRECTOR OR EMPLOYEE OF, NOR ATTORNEY FOR ANY PARTY, CORPORATE OR OTHERWISE; THAT EACH OF THE ABOVE-NAMED SERVICED BY ME IS/ARE IDENTICAL TO THE INDIVIDUAL(S) DESIGNATED FOR SERVICE.

By _____
Steven H. Jensen
10232 SW 59th Place
Portland, OR  97219
(503) 970-8974

Subscribed and sworn to before me this 29 day of Nov, 2017

_____
Notary Public of Oregon

OFFICIAL STAMP
JUDY LYNN JENSEN
NOTARY PUBLIC-OREGON
COMMISSION NO. 953601
MY COMMISSION EXPIRES AUGUST 17, 2020